

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 3 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                  Plaintiff,

-against-

CITY OF NEW YORK; C.O. BRADSHAW;
ASST. DEPUTY WARDEN LOUIS,

                  Defendants.

1:20-CV-11045 (GBD)

ORDER OF SERVICE

GEORGE B. DANIELS, United States District Judge:

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York, Correction Officer Bradshaw (assigned to the George R. Vierno Center), and Assistant Deputy Warden Louis (same) waive service of summons.

      Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."

      Within 120 days of the date of this order, Defendants must serve responses to those standard discovery requests.

In their responses, Defendants must quote each request verbatim.[1]

Dated:  
    New York, New York  
    **FEB 0 3 2021**

SO ORDERED.

_George B. Daniels_  
GEORGE B. DANIELS  
United States District Judge

---

[1] If Plaintiff would like copies of those discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the court's Pro Se Intake Unit.

2