UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

        Plaintiff,

-against-

City of New York et al.,

        Defendants.

1:20-cv-11045 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that Defendants shall file a letter on July 27, 2021 regarding the status of their settlement authority and, based on such status, shall set forth at least three proposed dates for a settlement conference.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
             July 13, 2021

_____
STEWART D. AARON
United States Magistrate Judge