```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-11045 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The deadline for Plaintiff to file any amended pleading is November 15, 2021.

2. The deadline for the completion of fact discovery is December 31, 2021.

Extensions of these deadlines shall be granted for good cause shown. The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
                September 13, 2021

                                            */s/ Stewart D. Aaron*
                                            STEWART D. AARON
                                            United States Magistrate Judge