USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

PETER RODRIGUEZ,

                               Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                             Defendants.
------------------------------------------------------------------ X

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

20 Civ. 11045 (GBD) (SDA)

**THE HONORABLE STEWART D. AARON, United States Magistrate Judge:**

    Upon the application of Defendants for leave to take the deposition of Plaintiff Peter Rodriguez (B&C No. 3491603090), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

    **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the North Infirmary Command at the New York City Department of Correction produce inmate Peter Rodriguez (B&C No. 3491603090) within the North Infirmary Command for the taking of his deposition by video teleconferencing on October 28, 2021, commencing at 10:00 AM, and for so long thereafter as the deposition continues; (2) Plaintiff Peter Rodriguez (B&C No. 3491603090) appears in such place as designated by the Warden or other official in charge of the North Infirmary Command so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: New York, New York
         October 20, 2021

SO ORDERED

_____
HON. STEWART D. AARON UNITED STATES MAGISTRATE JUDGE

1