```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-11045 (GBD) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby Ordered that the Warden or other official in charge of the North Infirmary Command ("NIC") produce plaintiff Peter Rodriguez, NYSID No. 09839298P, on Wednesday, March 16, 2022, at 10:00 a.m., to a suitable location within the NIC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact NIC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

      In the interim, the deadline for the completion of discovery is extended *sine die*. During the conference, the Court will address Defendant's Letter Motion for an extension of time to complete discovery (ECF No. 58) and set a new deadline for the completion of all discovery.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:       New York, New York
             March 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge

2