```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-11045 (GBD) (SDA)

AMENDED ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    Due to a scheduling conflict, the telephone conference scheduled for March 16, 2022 at 10:00 a.m. is hereby adjourned until 3:00 p.m. the same day.

    It is hereby Ordered that the Warden or other official in charge of the North Infirmary Command ("NIC") produce plaintiff Peter Rodriguez, NYSID No. 09839298P, on Wednesday, March 16, 2022, at 3:00 p.m., to a suitable location within the NIC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact NIC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

In the interim, the deadline for the completion of discovery is extended *sine die*. During the conference, the Court will address Defendant's Letter Motion for an extension of time to complete discovery (ECF No. 58) and set a new deadline for the completion of all discovery.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
          March 2, 2022

_____
STEWART D. AARON
United States Magistrate Judge