```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                              Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                              Defendants.

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

No. 20 Civ. 11045 (GBD) (SDA)

**THE HONORABLE STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Upon the application of Defendants for leave to take the deposition of Plaintiff Peter Rodriguez (B&C No. 3491603090), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the North Infirmary Command at the New York City Department of Correction produce inmate Peter Rodriguez (B&C No. 3491603090) within the North Infirmary Command for the taking of his deposition by video teleconferencing means on April 13, 2022 commencing at 10:00 AM, and for so long thereafter as the deposition continues; (2) Plaintiff Peter Rodriguez (B&C No. 3491603090) appear in such place as designated by the Warden or other official in charge of the North Infirmary Command so that his deposition may be taken; and (2) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: New York, New York
        March 30, 2022

SO ORDERED.

_____
HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE

1