UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez

Fill in above the full name of each plaintiff or petitioner.

Case No. 20 cv 11045

-against-

City of New York,
C.O. Bradshaw, ADW
Louis.

Fill in above the full name of each defendant or respondent.

## DECLARATION

in Opposition to Defendants Motion for Summary Judgement

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Peter Rodriguez, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

1) Exhibits A-G attached to this are true and correctly support all of the plaintiffs claims in complaint and opposition.

2) I am the plaintiff in the matter and in support of the plaintiffs opposition to the

Rev. 6/30/16

Defendants Motion for Summary Judgement, I submit this Declaration.

(3) Attached is Plaintiffs opposition to Defendants motion for Summary Judgement

Attach additional pages and documents if necessary.

10/23/22
Executed on (date)

P. Rodriguez
Signature

Peter Rodriguez
Name

22B2287
Prison Identification # (if incarcerated)

Five Points C.F., Caller Box 400, State Route 96, Romulus, NY, 14541
Address — City — State — Zip Code

Telephone Number (if available)

E-mail Address (if available)