```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Peter Rodriguez,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-11045 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      In Defendants' reply memorandum in support of their motion for summary judgment, Defendants ask the Court to seal certain documents filed by Plaintiff in connection with his opposition to Defendants' motion for summary judgment, which had been produced by Defendants and marked confidential pursuant to the Protective Order entered in this action. (*See* Defs.' Reply Mem., ECF No. 104, at 5 n.1.) As Defendants point out, pursuant to the Protective Order, the party seeking to file papers with the Court that incorporate materials deemed confidential under the Protective Order shall make an application to the Court. (*Id*. (citing Protective Order, ECF No. 33).) Nonetheless, "[t]he burden of demonstrating that a document submitted to a court should be sealed rests on the party seeking such action[,]" which here is Defendants. *See In re New York City Policing During Summer 2020 Demonstrations*, No. 20-CV-08924 (CM) (GWG), 2022 WL 7886182, at *3 (S.D.N.Y. Oct. 14, 2022) (citing *DiRussa v. Dean Witter Reynolds Inc.*, 121 F.3d 818, 826 (2d Cir. 1997)).

      Defendants have not attempted to meet this burden. The Court temporarily placed the requested pages under seal prior to filing its Report & Recommendation. The Court today has filed under seal an unredacted version of Plaintiff's Opposition papers. (*See* ECF No. 106.) No later

than March 23, 2023 Defendants shall show cause why the seal should not be lifted. Should Defendants fail to show cause, the Court intends to instruct the Clerk of Court to unseal the entirety of ECF No. 106.

**SO ORDERED.**

DATED:   New York, New York
         March 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge