UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PETER RODRIGUEZ,

                Plaintiff,

    -against-                                   ORDER

CITY OF NEW YORK, C.O. BRADSHAW,      20 Civ. 11045 (GBD) (SLC)
and ASST. DTY WARDEN LOUIS,

                Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    A pre-trial conference is scheduled for June 7, 2023 at 9:45 a.m.

    The parties' joint pre-trial order is due no later than May 31, 2023.

Dated: April 19, 2023
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge