UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PETER RODRIGUEZ,

                Plaintiff,

     -against-                             ORDER

CITY OF NEW YORK, C.O. BRADSHAW,       20 Civ. 11045 (GBD) (SLC)
and ASST. DTY WARDEN LOUIS,

                Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

       The Defendant's request to convert the pre-trial conference scheduled for June 7, 2023 at 9:45 a,m. to a telephone conference is GRANTED. The Court will provide a telephone conference line prior to the pre-trial conference.

       Plaintiff's portion of the pre-trial order is due no later than by June 15, 2023. The parties' joint pre-trial order is due no later than July 7, 2023.

       The Clerk of Court is directed to close the open motion at ECF No. 113 accordingly.

Dated: May 25, 2023
       New York, New York

                                         SO ORDERED.

                                         GEORGE B. DANIELS
                                         United States District Judge