UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
PETER RODRIGUEZ,                      :
                                      :
            -against-                 :
                                      :         ORDER
                                      :
C.O. BRADSHAW,                        :         20 Civ. 11045 (GBD)
                                      :
                        Defendant.    :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Defendant's request, made with Plaintiff's consent, for an adjournment of the pretrial conference scheduled for July 27, 2023 is GRANTED. The conference is adjourned to September 6, 2023, at 9:30 a.m.

Dated: July 21, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE