USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-11045 (GBD) (SDA)

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, October 13, 2023, at 2:00 p.m. The settlement shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means. Plaintiff, who is incarcerated, may participate via telephone.

      The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

      The parties shall arrange for Plaintiff to participate in the conference via telephone. The parties shall advise the Court if they require a further Order to effectuate Plaintiff's participation.

**SO ORDERED.**

DATED:      New York, New York
               September 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge