UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
PETER RODRIGUEZ,

                Plaintiff,

     -against-                            ORDER

C.O. BRADSHAW,                    20 Civ. 11045 (GBD) (SDA)

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      Because Plaintiff has now retained counsel, Defendant's second letter motion to compel Plaintiff to produce Plaintiff's portion of the JPTO is DENIED without prejudice. Defendant may renew the motion if Plaintiff does not produce his portion of the JPTO ahead of the final pretrial conference scheduled for December 13, 2023.

      The Clerk of Court is directed to close the motion at ECF No. 117.

Dated: OCT 0 2 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge