WERTHEIMER LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2023

New York, New York 10005
t: (646) 720-1098
joelwertheimer.com

October 5, 2023

The Honorable Stewart D. Aaron
United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The settlement conference currently scheduled for October 13, 2023 is adjourned until October 20, 2023 at 2:00 p.m. SO ORDERED.

Dated: October 5, 2023

BY EMAIL

Re:   *Rodriguez v. Bradshaw*, 20-cv-11045

Your Honor,

      I am writing on behalf of my client Peter Rodriguez, with consent of Defendant, to request an adjournment of the settlement conference currently scheduled for October 13, 2023. Unfortunately, Mr. Rodriguez is being transferred from his current facility to a local New York City facility on October 11, 2023, for sentencing in a second matter. The date of transfer back to his current New York State facility is uncertain. Accordingly, we are forced to request an adjournment. The following dates are available for both parties:

      Thursday, October 19, (2 p.m. or after)
      Friday, October 20, (2 p.m. or after)
      Tuesday, October 24 (all day)
      Thursday, October 26, (2pm or after)
      Friday, October 27, (all day)
      Monday, October 30, (all day)

Very truly yours,

*Joel Wertheimer*

Joel Wertheimer