UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
PETER RODRIGUEZ,

                              Plaintiff,

     -against-                            ORDER

                                            20 Civ. 11045 (GBD) (SDA)

C.O. BRADSHAW,

                              Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

     This Court having been advised that the parties have reached a settlement in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days. All outstanding deadlines are adjourned *sine die*. The Clerk of Court is directed to close the open motion at ECF No. 128.

Dated: New York, New York
       October 31, 2023

                                                        SO ORDERED.

                                                        GEORGE B. DANIELS
                                                        United States District Judge